UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Roland HILL,<br><br>                              Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA, et al.,<br><br>                              Defendants. | Case No.: 26-cv-0494-AGS-BLM<br><br>**ORDER DENYING RECONSIDERATION (ECF 6)** |

Plaintiff Roland Hill seeks reconsideration of this Court's ruling on his motion to proceed *in forma pauperis*, that is, without paying the usual $405 in court fees. This Court initially denied that request because Hill had already paid those fees. (*See* ECF 1; ECF 3; ECF 5.) Even setting aside the high standard for reconsideration motions, Hill doesn't qualify for a waiver of the fee-payment requirement. *See Kona Enters., Inc. v. Estate of Bishop*, 229 F.3d 877, 890 (9th Cir. 2000) (noting that reconsideration is an "extraordinary remedy").

"[A] party need not be completely destitute to proceed IFP [*in forma pauperis*]." *See Blount v. Saul*, No. 21-cv-0679-BLM, 2021 WL 1561453, at *1 (S.D. Cal. Apr. 21, 2021). But "a plaintiff seeking IFP status must allege poverty 'with some particularity, definiteness, and certainty.'" *Escobedo v. Applebees*, 787 F.3d 1226, 1234 (9th Cir. 2015). "An affidavit in support of an IFP application is sufficient where it alleges that the affiant cannot pay the court costs and still afford the necessities of life." *Id*.

Hill has a combined income of $2,100 per month from retirement accounts and "other" sources. (*See* ECF 3, at 1–2.) He claims he has approximately $8,000 in bank accounts and no other assets. (*See id.* at 2–3.) Including his necessities, such as food and housing, Hill asserts he has "$1,381" in monthly expenses (*see* ECF, 2 at 4–5), which leaves him with $719 of disposable income per month. That means he can afford the filing fee over and above his expenses with less than a month's disposable income, not even including his other assets and savings. Though there is no "formula set forth by statute,"

1

*Escobedo*, 787 F.3d at 1235, Hill's monthly disposable income is such that "the Court and taxpayers" should not "bear the burden of paying [p]laintiff's filing fee," *Jackson v. Wollet*, No. 1:24-cv-00585-JLT-EPG (PC), 2024 WL 4250643, at *2 (E.D. Cal. Sept. 20, 2024).

Accordingly, Hill's reconsideration motion is **DENIED**.

Dated:  March 13, 2026

_____
Hon. Andrew G. Schopler
United States District Judge

2

26-cv-0494-AGS-BLM